**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | 1:19-CR-00018 (ABJ) |
| | : | |
| v. | : | |
| | : | |
| ROGER JASON STONE, JR., | : | |
| Defendants. | : | FEBRUARY 20, 2020 |

### <u>MOTION FOR LEAVE FOR MICHAEL CERNOVICH TO FILE</u>

Mr. Michael Cernovich respectfully moves the Court for leave to file a limited motion to intervene in this case for purposes of obtaining public records collected by the Court during *voire dire* in the above captioned matter. A copy of Mr. Cernovich's proposed motion to intervene, an affidavit from Mr. Cernovich, and various exhibits are enclosed within.

As a journalist, Mr. Cernovich acts as a proxy for the public in advancing its understanding of the criminal justice system. *Press-Enterprise Co. v. Superior Court of California, Riverside County*, 464 U.S. 501, 508-09 (1984). The First Amendment creates a presumptive right of public access to *voire dire*. *Id*. Mr. Cernovich seeks the Court's permission to move to exercise his First Amendment right to access public records concerning *voire dire* in the instant case.

In light of the grave constitutional concerns regarding the jury in this matter, Mr. Cernovich respectfully requests the Court for leave to file as a third party in the above captioned matter.

WHEREFORE, it is respectfully requested that the Court grant the movant's limited motion.



RECEIVED
Mail Room

FEB 2 4 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

The Movant,

By: /s/ Norman A. Pattis /s/

NORMAN A. PATTIS
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
T: (203) 393-3017
F: (203) 393-9745
npattis@pattislaw.com
Federal Bar No.: CT0013

## CERTIFICATE OF SERVICE

I hereby certify that on the date above a copy of the foregoing **MOTION FOR LEAVE FOR MICHAEL CERNOVICH TO FILE** was filed by mailing a copy to the Clerk's office and served by certified mail on the following counsel of record:

**J.P. Cooney**
U.S. Attorney's Office For The District Of Columbia
555 Fourth Street, NW
Washington, DC 20530
Tel: (202) 252-7281
Email: joseph.cooney@usdoj.gov

**John Crabb , Jr.**
U.S. Attorney's Office
555 Fourth Street, NW
Room 11-844
Washington, DC 20530
Tel: (202) 252-1794
Email: John.D.Crabb@usdoj.gov

**L. Peter Farkas**
Halloran Farkas & Kittila, LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel: (202) 559-1700
Fax: (202) 257-2019
Email: pf@hfk.law

**Robert C Buschel**
Buschel & Gibbons, P.A.
One Financial Plaza
100 S.E. Third Avenue
Suite 1300
Ft. Lauderdale, FL 33394
Tel: (954) 530-5301
Email: buschel@bglaw-pa.com

**Bruce S. Rogow**
Law Office of Bruce S. Rogow, P.A.
100 NE 3rd Avenue, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 767-8909
Fax: (954) 764-1530
Email: brogow@rogowlaw.com

**Grant J. Smith**
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard, Suite 130-120
Fort Lauderdale, FL 33301
Tel: 954-328-9064
Email: gsmith@strategysmith.com

**Seth Ginsberg**
299 Broadway, Suite 1405
New York, NY 10007
Tel: 212-227-6655
Email: srginsberg@mac.com

**Tara A. Campion**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 767-8909
Fax: (954) 764-1530
Email: tcampion@rogowlaw.com

/s/ Norman A. Pattis /s/
Norman A. Pattis, Esq.