# Exhibit B



## Instructions for Jury Questionnaire

This questionnaire is designed to obtain information about your background as it relates to your service as a juror in this case. We are using it to shorten the jury selection process. The purpose of these questions is to determine whether prospective jurors can decide this case fairly, based solely on the evidence presented at trial and the instructions on the law given by the judge. The parties and the Court have agreed that all information contained in this questionnaire will be kept confidential; to the extent the Court is ever required to release any responses in the questionnaires, your name will not be publicly released.

**Please write your assigned juror number at the top of each page.** Respond to each question. Your candor and honesty are necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury. Your cooperation is of vital importance.

You are sworn to give true and complete answers, and those answers will be available only to the Court and the parties in this case.

From this day forward, until you have been formally excused from service, you are instructed not to communicate in person, in writing, or electronically about this case or the questionnaire with anyone, including your family and fellow jurors. Also, you should not go online or look at any source to learn more about the charges, the defendant, or any participant in the case.

Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

**PLEASE PRINT LEGIBLY - PLEASE USE ONLY BLACK OR BLUE INK**

**(NO PENCILS)**

**JUROR NUMBER:** _____

## JURY QUESTIONNAIRE

**IN COMPLETING THIS QUESTIONNAIRE, PLEASE USE THE SPACE PROVIDED AFTER EACH QUESTION. IF YOU NEED MORE SPACE, PLEASE USE THE PAGES PROVIDED AT THE END OF THE QUESTIONNAIRE, INDICATING THE NUMBER OF THE APPLICABLE QUESTION.**

1.　　a. Are you able to read, write and understand the English language?

　　　　Yes ____　　With Difficulty ____　　No ____

　　　b. Are you able to complete this questionnaire without another person's assistance?

　　　　Yes ____　　No ____

**IF YOUR ANSWER TO EITHER QUESTION 1(a) or 1(b) IS "NO," PLEASE SIGN THE LAST PAGE OF THE QUESTIONNAIRE AND RETURN IT WITHOUT ANSWERING ANY OTHER QUESTIONS.**

## BACKGROUND INFORMATION

2.　　Please provide the following personal information:

　　　Age: _____

　　　Gender: _____

3.　　What is your marital status? (Check all that apply.)

　　　Single and never married _____
　　　Married _____
　　　Separated or divorced _____
　　　Divorced and remarried _____
　　　Living with significant other or domestic partner _____
　　　Widow or Widower _____

2

**JUROR NUMBER:** _____

## EDUCATION AND EMPLOYMENT

### Education

4.    Check the highest level of education for you and your spouse or significant other:

|  | | You | Spouse/Significant Other |
|---|---|---|---|
| a. | Grade school or less | _____ | _____ |
| b. | Some high school | _____ | _____ |
| c. | High school graduate | _____ | _____ |
| d. | Technical or business school | _____ | _____ |
| e. | Some college | _____ | _____ |
| f. | College degree | _____ | _____ |
| g. | Graduate degree (and describe area) | _____ | _____ Area: _____ |

### Employment

5.    Are you employed?

_____ Yes            _____ No

6.    a.   If employed, what is your current occupation / job title?

_____
_____
_____

b.   Name of employer:

_____

c.   How long have you been employed at your current job?

_____

**JUROR NUMBER:** _____

7.   If you are unemployed, please describe any other responsibilities you may have (childcare, school, etc.).

_____

_____

_____

_____

8.   If you are retired or between jobs, what type of work had you been doing?

_____

_____

_____

_____

9.   If you live with a spouse or significant other, is that person employed?

_____ Yes          _____ No

10.  If employed, what is his or her current occupation / job title?

_____

_____

_____

_____

_____

11.  Name of the employer:

_____

_____

_____

**JUROR NUMBER:** _____

12.   If you are a student now, please describe briefly your area of study:

_____

_____

_____

13.   Have you or a close friend or family member ever worked in any aspect of the legal field, as a lawyer, prosecutor, criminal defense attorney, legal secretary, paralegal, court reporter, investigator, law clerk, judge, etc.?

Yes ____      No ____

If yes, please explain:

_____

_____

_____

14.   Have you or a close friend or family member ever applied for employment with, was employed by, or received training by any local, state, or federal law enforcement agency, including any of the following:

1)   Department of Justice      (DOJ)
2)   Federal Bureau of Investigation (FBI)
3)   U.S. Attorney's Office
4)   Bureau of Alcohol, Tobacco, Firearms
5)   Internal Revenue Service (IRS)
6)   Department of Homeland Security (DHS)
7)   U.S. Marshal's Service
8)   U.S. Immigrations & Customs
9)   U.S. State Department
10)  U.S. Bureau of Prisons (BOP)
11)  Central Intelligence Agency (CIA)
12)  Defense Intelligence Agency (DIA)
13)  National Security Agency (NSA)
14)  National Geospatial Intelligence Agency
15)  U.S. Secret Service
16)  Transportation Security Administration
17)  Federal, state or local prison or jail
18)  Federal, state or local courthouse
19)  Federal, state or local prosecutor's office

**JUROR NUMBER:** _____

> If yes to any of the above, please identify the person involved and the agency, and state the approximate dates of the employment or training, and the position or involvement:
>
> _____
>
> _____
>
> _____

15.   Do you have any opinions or beliefs concerning law enforcement organizations in general, including the Federal Bureau of Investigation (FBI) or the Department of Justice, or the Special Counsel's Office within the Department of Justice, that would affect your ability to evaluate the evidence fairly and impartially?

   Yes _____   No _____

   If yes, please explain:

   _____

   _____

   _____

   _____

16.   In this case, the United States is represented by the U.S. Attorney's Office for the District of Columbia. The investigation that led to the charges in this case was conducted by Special Counsel Robert S. Mueller, III. The U.S. Attorney's Office is, and the Special Counsel's Office was, a part of the U.S. Department of Justice. Is there anything about the fact that the Special Counsel's Office, the U.S. Attorney's Office, or the Justice Department is or was involved in this case that affect your ability to be fair and impartial in this case and base your decision solely on the evidence presented and the Court's instructions on the law?

   Yes _____   No _____

   If yes, please explain:

   _____

   _____

   _____

   _____

**JUROR NUMBER:** _____

17. Check to indicate whether you or your spouse (significant other, domestic partner) has taken any courses, received any training, or sought or obtained employment, in any of these fields:

|  | You | Spouse |
|---|---|---|
| Security/Intelligence | _____ | _____ |
| International Relations | _____ | _____ |
| Journalism/Media/Communications | _____ | _____ |

For any item checked, please describe the training or employment:

_____

_____

_____

_____


## ORGANIZATIONAL AFFILIATIONS AND ACTIVITIES

18. Are you currently, or have you ever been, a member or regular participant in any civic, social, union, professional, business, fraternal, recreational or other community group or charitable organizations?

Yes ____     No ____

If yes, please list the names of those groups or organizations, your role and how long a member:

_____

_____

_____

_____

_____

_____

7

**JUROR NUMBER:** _____

### PRIOR JURY SERVICE

19.     Have you ever served on a grand jury or jury in a trial within the past 10 years?

Yes ___     No ___

If yes, how many times have you served as a juror in a trial? _____

If yes, have you ever served as a foreperson? _____

If yes, how many times? _____

If yes, for each trial jury service, please indicate:

| Year | Federal or State | Civil or Criminal | Charge or Type of Case | Verdict Reached | |
|------|------------------|-------------------|------------------------|-----|-----|
| _____ | _____ | _____ | _____ | Yes | No |
| _____ | _____ | _____ | _____ | Yes | No |
| _____ | _____ | _____ | _____ | Yes | No |
| _____ | _____ | _____ | _____ | Yes | No |

If you served as a grand juror, how many times did you serve as a grand juror? _____

20.     If you served as a juror, is there anything about your previous experience as a juror that would affect your ability to serve as a juror in this case?

Yes ___     No ___

If yes, please explain:

_____

_____

_____

_____

**JUROR NUMBER:** _____

## NEWS AND SOCIAL MEDIA

21.   If you follow local or national news, what are your primary sources for local and national news and information? (Check all that apply)

I do not follow local or national news _____

Newspapers (including online) _____   TV/cable ___ _____   Blogs/websites _____

Social Media _____   Radio _____   News magazines _____

Word of mouth/conversations _____   Other sources (specify) _____

Please identify by names your primary sources of news and information:

_____

_____

_____

22.   Do you listen to political commentators on TV or talk radio?

Yes ____   No ____

If yes, please list the commentators you listen to:

_____

_____

_____

23.   Have you written or posted anything for public consumption about the defendant, the House Permanent Select Committee on Intelligence investigation into Russian interference in the 2016 presidential election, or the investigation conducted by Special Counsel Robert Mueller?

[For purposes of this question, writing "for public consumption" includes blog posts, articles, or posts on internet sites that are accessible to the general public.]

Yes ____   No ____

If yes, please describe when and where you did so and the subject of your comments:

_____

_____

_____

**JUROR NUMBER:** _____

24.   Have you or any close friend or family member ever run for or held a political office in the federal, state, or local government?

Yes ____     No ____

If yes, would anything about that person's running for or holding political office cause you to form an opinion about the defendant's guilt or innocence in this case or affect your ability to be fair to both sides?

Yes ____     No ____

If yes, please explain:

_____

_____

_____

25.   How closely have you followed media reports relating to investigations into Russian interference in the 2016 election?

Very Closely _____   Somewhat Closely _____   Not too closely _____   Not at all _____

26.   To assure that the decision of jury in this case is not based upon influences outside the courtroom, the Court has instructed you that you must avoid reading about the case in the newspapers or listening to any radio or television reports concerning this case including news coverage or communications on the internet or social media. And, you may not discuss or communicate about this case with your family, friends or co-workers or anyone else including on the internet or social media. Also, until you retire to deliberate, you may not communicate about this case with your fellow jurors. If you are selected as a juror and this instruction continues until the end of the trial, you be able to follow these instructions?

Yes ____     No ____

If no, please explain:

_____

_____

_____

**JUROR NUMBER:** _____

## KNOWLEDGE OF TRIAL PARTICIPANTS OR THE CASE

This case arises out of events that occurred in 2016-2018, including the testimony of Roger Stone before the House Permanent Select Intelligence Committee (HPSCI) on September 26, 2017.  There is nothing wrong with having heard or read something about this case, but it is important to this process that you truthfully and fully answer the following questions concerning your knowledge about the case and trial participants, if any.

27.   Have you read or heard anything about the defendant Roger Stone, about any statements made by or attributed to Mr. Stone, or about this case?  If so, please describe what you have read or heard and the source of the information.

_____

_____

_____

28.   Do you or anyone close to you have any connections to any of the following individuals?  If so, you please explain below:

The Court

|  |  |  |
|---|---|---|
| United States District Judge Amy Berman Jackson | Yes ___ | No ___ |

Assistant United States Attorneys

| | | |
|---|---|---|
| Adam Jed | Yes ___ | No ___ |
| Jonathan Kravis | Yes ___ | No ___ |
| Michael Marando | Yes ___ | No ___ |
| Aaron Zelinsky | Yes ___ | No ___ |

Counsel for the Defendant

| | | |
|---|---|---|
| Robert Buschel | Yes ___ | No ___ |
| Tara Campion | Yes ___ | No ___ |
| Bruce Rogow | Yes ___ | No ___ |
| Chandler Routman | Yes ___ | No ___ |
| Grant Smith | Yes ___ | No ___ |

The Defendant

| | | |
|---|---|---|
| Roger Stone | Yes ___ | No ___ |

11

**JUROR NUMBER:** _____

If yes, please explain:

_____

_____

_____

_____

_____

_____

29.   These are the names of people who may be witnesses in the case or who may be discussed during the trial.

| | |
|---|---|
| 1)  Julian Assange | 17) David Lugo |
| 2)  Jason Aubin | 18) Theodore Malloch |
| 3)  Steve Bannon | 19) Paul Manafort |
| 4)  William Binney | 20) Rebekah Mercer |
| 5)  Zachary Blevins | 21) Andrew Miller |
| 6)  Matthew Boyle | 22) Tyler Nixon |
| 7)  Michael Caputo | 23) Sam Nunberg |
| 8)  Peter Clay | 24) John Podesta |
| 9)  Hillary Clinton | 25) Alexandra Preate |
| 10) Jerome Corsi | 26) Erik Prince |
| 11) Randy Credico | 27) Bill Samuels |
| 12) Richard Gates | 28) Michael Strum |
| 13) Jason Fishbein | 29) Jason Sullivan |
| 14) David Gray | 30) Michelle Taylor |
| 15) John Kakanis | 31) Donald Trump |
| 16) Margaret Kunstler | |

If you know any of those individuals personally, please identify which ones and explain how you know them.

_____

_____

_____

_____

**JUROR NUMBER:** _____

30. Please indicate if you already have an opinion about any of those individuals, or if the fact that they may be involved in the case would make it difficult for you to be fair and impartial to both sides?

_____

_____

_____

_____

31. Have you or a close friend or family member ever been employed or had any association or connection with Congress or a congressional committee?

Yes ____    No ____

If yes, please explain the employment, association or connection:

_____

_____

_____

_____

32. Did you work or volunteer for any 2016 presidential campaign?

Yes____    No____

33. Have you or any close friend or family member participated in, or had any connection with any government agency, group, organization, committee or subcommittee, public or private group or organization, including any media group or organization that participated in, any investigation or inquiry into the circumstances surrounding Russian interference in the 2016 presidential election?

Yes ____    No ____

If yes, please explain:

_____

_____

_____

_____

13

**JUROR NUMBER:** _____

34.    Have you formed or expressed any opinion about Mr. Stone, the charges in this case, or about his guilt or innocence in this case?

      Yes ____    No ____

35.    Some of the witnesses in this case may be people who were involved in crimes themselves. They would testify as part of a cooperation agreement with the government, or as part of a guilty plea, or under an order from the Court giving them immunity. Is there anything about that circumstance that will make it difficult for you to evaluate their testimony fairly and impartially in accordance with the Court's instructions?

      Yes ____    No ____

      If yes, please explain:

_____

_____

_____

_____

### EXPERIENCE WITH THE COURTS AND CRIMINAL PROCESS

36.    Within the past ten years, have you or a close friend or family member been the victim of a crime, reported or not?

      Yes ____    No ____

37.    If yes, for each incident please provide the following information: type of crime, who was affected (you or the relationship of the person to you), when the crime occurred, whether anyone was arrested, and if so, the outcome of the case:

_____

_____

_____

_____

_____

14

**JUROR NUMBER:** _____

38.    If yes, do you feel that the person was treated fairly by the government agency involved?

       _____

       _____

       _____

       _____

       _____

39.    Within the past ten years, have you or a close friend or family member been a witness to
       a crime?

       Yes ____    No ____

       If yes, please explain:

       _____

       _____

       _____

       _____

       _____

40.    Within the past ten years, have you or a close friend or family member been subpoenaed
       to be a witness, or did you or they testify as a witness in any court proceeding, hearing, or
       trial, including a criminal case?

       If yes, please explain:

       _____

       _____

       _____

       _____

       _____

**JUROR NUMBER:** _____

41.   Within the past ten years, have you or a close friend or family member been arrested for, charged with, prosecuted for, or convicted of any crime other than a traffic ticket?

Yes ____      No ____

If yes, please explain who (in relation to you), when, and what happened:

_____

_____

_____

_____

If yes, do you feel that you or your friend or family member was treated fairly?

Yes ____      No ____

42.   Within the past ten years, have you or a close friend or family member been the subject of any other kind of law enforcement investigation or administrative enforcement proceeding?

Yes ____      No ____

43.   If yes, please describe the subject matter of the investigation, the government agency involved, and the outcome.

_____

_____

_____

_____

44.   Do you feel that you, your family member, or close friend was treated fairly by the government agency involved?

_____

_____

_____

_____

**JUROR NUMBER:** _____

45. Apart from jury service, have you ever been involved in any legal proceeding, in any capacity, for example as a plaintiff, defendant, victim, lawyer, witness, or expert?

    Yes ____ No ____

46. If yes, please state when and explain why you appeared in court:

    _____
    _____
    _____

47. If yes, did the legal process in that instance operate fairly in your opinion?

    _____
    _____
    _____

## CRIMINAL JUSTICE SYSTEM & LEGAL PRINCIPLES

48. The judge will instruct you that the charges in this case include: obstruction of an official proceeding, making false statements, and witness tampering. Is there anything about the nature of the charges alone that would affect your ability to be fair?

    Yes ____   No ____

49. Jurors are the sole judges of the facts. However, the jury must follow the principles of law as instructed by the judge. The jury may not follow some rules of law and ignore others. Even if the jury disagrees or dislikes the rules of law or does not understand the reasons for some of the rules, it is their duty to follow them. Do you have any personal beliefs that would make it difficult to follow the Court's legal instructions, whatever they may be?

    Yes ____   No ____

50. If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence and decide the case on other grounds, would you, as a juror, be able to reject that suggestion and abide by your oath to this court to decide the case solely on the evidence and law as the court has instructed you to do, without regard to sympathy, bias or prejudice?

    Yes ____   No ____

17

JUROR NUMBER: _____

## CONCLUDING QUESTIONS

51.     Do you have any personal reason that makes you want to serve as a juror in this case, or
        do you have any personal interest in the outcome of the case?

        Yes _____   No _____

        If yes, please explain:

        _____

        _____

        _____

        _____

52.     Do you have any moral, religious, or ethical beliefs that prevent you from sitting in
        judgment of another person?

             Yes _____   No _____

53.     The trial in this case may last approximately two (2) weeks, and could run longer. The
        typical trial day lasts from 9:30 a.m. to 4:30 or 5:00 p.m., with breaks in the morning and
        afternoon and a lunch break for approximately an hour. Monday through Friday. If there
        is any reason why you could not maintain that schedule, or you could not be present and
        give the matter your full attention during the period beginning November 5, 2019, and
        ending approximately November 20, 2019, please explain.

        _____

        _____

        _____

        _____

18

**JUROR NUMBER:** _____

54.   Do you have any physical or medical condition, or are you taking any medication on a regular basis that would make it unusually difficult for you to serve as a juror in this case or to sit for the periods of time described in the previous question?

Yes ____   No ____

55.   Do you have any difficulty hearing that is not corrected with a hearing aid or any difficulty seeing that is not corrected by glasses or contact lenses?

Yes ____   No ____

56.   Is there anything about this case, the issues, or the people involved in this case, or any other reason that has not be been asked about in any other question, that leads you to believe that you could not be completely fair to both the defendant, Roger Stone, and the U.S. Government in this case?

Yes ____   No ____

_____
_____
_____
_____

**PLEASE GO ON TO THE NEXT PAGE**

**JUROR NUMBER:** _____

## CERTIFICATION

By signing below, I hereby declare under penalty of perjury that all of the answers to the above questions are true and correct to the best of my knowledge and belief. I have not discussed my answers with others or received assistance in completing the questionnaire. I have answered all of the above questions myself.

_____     _____     _____
Signature                                              Print your full name here                        Date

Juror Number _____