# Exhibit E



RECEIVED Mail Room FEB 2 4 2020 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

Retweeted



**Bakari Sellers** ✓ @Bakari_Sellers · Jan 30, 2019

Roger Stone has y'all talking about reviewing use of force guidelines.

Not Alton Sterling
Not Eric Gardner
Not Walter Scott
Not Sandra Bland
Not Keith Lamont Scott
Not Philando Castile
Not Terence Crutcher
Not Dontre Hamilton
..........

But Roger Stone!! Think about that.

♡ 1.5K    ⟲ 27.2K    ♡ 81.8K