# Exhibit G



RECEIVED Mail Room FEB 24 2020 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

Then stop being racists. Co-signing and defending a racist and his racist rhetoric makes you racist. Point blank.



'We're All Tired of Being Called Racists'
At Donald Trump's rally in Cincinnati, droves of attendees made it clear that they stood with the president despite his recent comments.
🔗 theatlantic.com

10:31 AM · Aug 2, 2019 · Facebook