# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No. 1:20-mc-00016-ABJ<br><br>**MOTION FOR LEAVE TO FILE ENTRY OF APPEARANCE UNDER SEAL**<br><br>Hon. Amy Berman Jackson |

I hereby move the Court, pursuant to Local Rule 5.1(h) and as directed by the Court's order entered March 2, 2020, for leave to file my entries of appearance on behalf of the jurors who have retained me *ex parte* and under seal, which will name each juror and assign each juror a letter (e.g., Juror A). Pursuant to the Court's order, I will also file on the public record a version of the entries of appearance, which refers to any juror I represent by that assigned letter. *See Nat'l Ass'n of Waterfront Emp'rs v. Chao*, 587 F. Supp. 2d 90 (D.D.C. 2008).

This Court has permitted parties to proceed anonymously when the "need for anonymity outweighs the general presumption that parties' identities are public information and the risk of unfairness to the opposing party." *Qualls v. Rumsfeld*, 228 F.R.D. 8, 10 (D.D.C. 2005) (internal citations and quotations omitted). The Court has set forth a set of non-exclusive factors that it considers in balancing those interests:

(1) whether the justification asserted by the requesting party is merely to avoid the annoyance and criticism that may attend any litigation or is to preserve privacy in a matter of a sensitive and highly personal nature;
(2) whether identification poses a risk of retaliatory physical or mental harm to the requesting party or even more critically, to innocent non-parties;
(3) the ages of the persons whose privacy interests are sought to be protected;
(4) whether the action is against a governmental or private party; and

(5) the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously.

*Doe v. U.S. Dep't of State*, No. 1:15-cv-01971, 2015 WL 9647660, at *2 (D.D.C. Nov. 3, 2015). Here, preserving the jurors' anonymity is the very subject of this litigation, and is required "to preserve privacy in a matter of a sensitive and highly personal nature." The need for anonymity in this case outweighs the general presumption that the jurors' identities are public information. Here, the parties to the underlying criminal litigation are aware of the jurors' identities, so there can be no unfairness to parties from maintaining the confidentiality of the jurors' names from the public. There is no unfairness to the intervenor because (1) his motion disclaims any present interest in obtaining access to juror names (Dkt. No. 4 at 1); and (2) if he did in the future request juror names, the merits of such request would be adjudicated in light of the jurors' privacy interests.

Date: March 9, 2020						By:*/s/ Alan Raul*
							Alan Charles Raul
							Bar ID 362605
							SIDLEY AUSTIN LLP
							1501 K Street, N.W.
							Washington, D.C. 20005
							Tel: (202) 736-8477
							Fax: (202) 736-8711
							araul@sidley.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No. 1:20-mc-00016-ABJ<br><br>Hon. Amy Berman Jackson |

**[PROPOSED] ORDER**

Upon consideration of Jurors' Counsel's Motion for Leave to File Entry of Appearance Under Seal, it is hereby

**ORDERED** that the Motion for Leave to File Entry of Appearance Under Seal is **GRANTED**; and further

**ORDERED** that any supplemental entry or entries of appearance on behalf of other jurors who subsequently retain Alan Raul as Jurors' Counsel shall be filed under seal.

_____      _____
               Date                                            HON. AMY BERMAN JACKSON
                                                                           United States District Judge

# CERTIFICATE OF SERVICE

I certify that on March 9, 2020, I served upon all counsel of record the foregoing documents by filing said documents using the Court's Electronic Case Filing System.

Date: March 9, 2020            /s/ *Alan Raul*
                       Alan Charles Raul

# NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

**Norman A Pattis**
PATTIS & SMITH, LLC
383 Orange Street
1st Floor
New Haven, CT 06511
203-393-3017
Fax: 203-393-9745

**J.P. Cooney**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7281
Email: joseph.cooney@usdoj.gov

**John Crabb , Jr.**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 11-844
Washington, DC 20530
(202) 252-1794
Email: John.D.Crabb@usdoj.gov

**L. Peter Farkas**
HALLORAN FARKAS & KITTILA LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007
(202) 559-1700 ext 102
Fax: (202) 257-2019
Email: pf@hfk.law

**Robert C Buschel**
BUSCHEL & GIBBONS, P.A.
One Financial Plaza
100 S.E. Third Avenue
Suite 1300
Ft. Lauderdale, FL 33394
(954) 530-5301

Email: buschel@bglaw-pa.com

**Bruce S. Rogow**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: brogow@rogowlaw.com

**Grant J. Smith**
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954-328-9064
Email: gsmith@strategysmith.com

**Seth Ginsberg**
ATTORNEY AT LAW
299 Broadway
Suite 1405
New York, NY 10007
212-227-6655
Email: srginsberg@mac.com

**Tara A. Campion**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: tcampion@rogowlaw.com