# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No. 1:20-mc-00016-ABJ<br><br>**JURORS' MOTION TO INTERVENE**<br><br>Hon. Amy Berman Jackson |

Pursuant to the Court's order entered March 2, 2020, Jurors A–L, and any other jurors or alternates empaneled to serve as the jury in *United States v. Stone* who choose to participate in this proceeding (collectively, the "Jurors"), seek to intervene in this matter for the purpose of opposing Michael Cernovich's Motion for Limited Permission to Intervene.

Mr. Cernovich's Motion seeks access to the questionnaires the Jurors submitted in *voir dire* pursuant to express assurances of confidentiality. The Jurors have compelling privacy rights and interests in the outcome of this matter—namely, to protect against the public disclosure of the highly private and personal information they submitted to the Court and to counsel for the defendant and prosecution. Moreover, no other parties to the action can adequately represent this acute privacy interest. In the discharge of their duty to serve on the jury here, they shared with the Court, the prosecution, and defense counsel highly personal details about their life experiences, jobs, families, and views. These intimate and identifying details are sensitive and deserving of privacy protection, and public disclosure would prejudice the Jurors' personal and professional lives. *See* Fed. R. Civ. P. 24(a)(2) (providing that the "court must permit anyone to intervene who . . . claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or

impede the movant's ability to protect its interest, unless existing parties adequately represent that interest"); *see Karsner v. Lothian*, 532 F.3d 876, 885 (D.C. Cir. 2008) ("We have identified four prerequisites to intervene as of right: '(1) the application to intervene must be timely; (2) the applicant must demonstrate a legally protected interest in the action; (3) the action must threaten to impair that interest; and (4) no party to the action can be an adequate representative of the applicant's interests.'") (quoting *SEC v. Prudential Sec. Inc.,* 136 F.3d 153, 156 (D.C. Cir. 1998)).

As obtaining copies of the questionnaires and discussing them individually with the Jurors will be necessary to represent the Jurors' rights and interests effectively, the undersigned respectfully requests that the Court set a deadline for the Jurors to file their opposition on April 3, 2020.

| | |
|---|---|
| Date: March 9, 2020 | Respectfully submitted, |
| | */s/ Alan Raul* |
| | Alan Charles Raul |
| | Bar ID 362605 |
| | SIDLEY AUSTIN LLP |
| | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| | Tel: (202) 736-8477 |
| | Fax: (202) 736-8711 |
| | araul@sidley.com |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No. 1:20-mc-00016-ABJ<br><br>Hon. Amy Berman Jackson |

### [PROPOSED] ORDER

Upon consideration of Jurors' Motion to Intervene, it is hereby

**ORDERED** that Jurors' Motion to Intervene is **GRANTED**;

**ORDERED** that this Order applies to Jurors A–L, as well as to any other Jurors as to whom Jurors' Counsel enters an appearance; and further

**ORDERED** that the Jurors' opposition to Mr. Cernovich's motion shall be filed on April 3, 2020.

| | |
|---|---|
| Date | HON. AMY BERMAN JACKSON<br>United States District Judge |

# CERTIFICATE OF SERVICE

I certify that on March 9, 2020, I served upon all counsel of record the foregoing documents by filing said documents using the Court's Electronic Case Filing System.

Date: March 9, 2020            /s/ *Alan Raul*
                               Alan Charles Raul

# NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

**Norman A Pattis**
PATTIS & SMITH, LLC
383 Orange Street
1st Floor
New Haven, CT 06511
203-393-3017
Fax: 203-393-9745

**J.P. Cooney**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7281
Email: joseph.cooney@usdoj.gov

**John Crabb , Jr.**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 11-844
Washington, DC 20530
(202) 252-1794
Email: John.D.Crabb@usdoj.gov

**L. Peter Farkas**
HALLORAN FARKAS & KITTILA LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007
(202) 559-1700 ext 102
Fax: (202) 257-2019
Email: pf@hfk.law

**Robert C Buschel**
BUSCHEL & GIBBONS, P.A.
One Financial Plaza
100 S.E. Third Avenue
Suite 1300
Ft. Lauderdale, FL 33394
(954) 530-5301

Email: buschel@bglaw-pa.com

**Bruce S. Rogow**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: brogow@rogowlaw.com

**Grant J. Smith**
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954-328-9064
Email: gsmith@strategysmith.com

**Seth Ginsberg**
ATTORNEY AT LAW
299 Broadway
Suite 1405
New York, NY 10007
212-227-6655
Email: srginsberg@mac.com

**Tara A. Campion**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: tcampion@rogowlaw.com