# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No. 1:20-mc-00016-ABJ<br><br>**JURORS' MOTION REQUESTING *VOIR DIRE* MATERIALS**<br><br>Hon. Amy Berman Jackson |

Jurors A–L (the "Jurors") have chosen to participate in this matter regarding the privacy of their *voir dire* materials and retained the undersigned Counsel ("Jurors' Counsel"). At present, Jurors' Counsel does not have access to the Jurors' completed jury questionnaires and any *voir dire* material that is sealed from the public. In order to effectively represent the Jurors in this matter, Jurors' Counsel requires access to those materials. All Jurors who have retained Jurors' Counsel have duly authorized Jurors' Counsel to obtain their completed and unredacted jury questionnaires from the Court.

Accordingly, the Jurors respectfully request that the Court provide to Jurors' Counsel their completed and unredacted jury questionnaires; as well as any sealed portions of the trial transcript or any pre-trial proceedings that reflect interaction between any jurors and the Court or counsel prior to opening statements, including *voir dire*.

Date: March 9, 2020

Respectfully submitted,

*/s/ Alan Raul*
Alan Charles Raul
Bar ID 362605
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8477
Fax: (202) 736-8711
araul@sidley.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No. 1:20-mc-00016-ABJ<br><br>Hon. Amy Berman Jackson |

## [PROPOSED] ORDER

Upon consideration of Jurors' Motion Requesting *Voir Dire* Materials, it is hereby

**ORDERED** that Jurors' Motion Requesting *Voir Dire* Materials is granted; and further

**ORDERED** that the Clerk of Court is hereby directed to provide an unredacted copy to Jurors' Counsel of the following materials from *United States v. Stone*, No. 1:19-cr-00018-ABJ:

(1) jury questionnaires for Jurors A–L and any other jurors who have retained Jurors' Counsel, as indicated on any Entry of Appearance of Counsel (Sealed Version), and

(2) sealed portions of the trial transcript or any pre-trial proceedings that reflect interaction between any jurors and the Court or counsel prior to opening statements.

_____          _____
              Date                                           HON. AMY BERMAN JACKSON
                                                                                       United States District Judge

# CERTIFICATE OF SERVICE

      I certify that on March 9, 2020, I served upon all counsel of record the foregoing documents by filing said documents using the Court's Electronic Case Filing System.

Date: March 9, 2020                          /s/ *Alan Raul*
                                                           Alan Charles Raul

# NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

**Norman A Pattis**
PATTIS & SMITH, LLC
383 Orange Street
1st Floor
New Haven, CT 06511
203-393-3017
Fax: 203-393-9745

**J.P. Cooney**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7281
Email: joseph.cooney@usdoj.gov

**John Crabb , Jr.**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 11-844
Washington, DC 20530
(202) 252-1794
Email: John.D.Crabb@usdoj.gov

**L. Peter Farkas**
HALLORAN FARKAS & KITTILA LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007
(202) 559-1700 ext 102
Fax: (202) 257-2019
Email: pf@hfk.law

**Robert C Buschel**
BUSCHEL & GIBBONS, P.A.
One Financial Plaza
100 S.E. Third Avenue
Suite 1300
Ft. Lauderdale, FL 33394
(954) 530-5301

Email: buschel@bglaw-pa.com

**Bruce S. Rogow**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: brogow@rogowlaw.com

**Grant J. Smith**
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954-328-9064
Email: gsmith@strategysmith.com

**Seth Ginsberg**
ATTORNEY AT LAW
299 Broadway
Suite 1405
New York, NY 10007
212-227-6655
Email: srginsberg@mac.com

**Tara A. Campion**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: tcampion@rogowlaw.com