**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No.  1:20-mc-00016-ABJ<br><br>**JURORS' MOTION REQUESTING ACCESS TO RELEVANT SEALED PORTIONS OF TRANSCRIPTS**<br><br>Hon. Amy Berman Jackson |

This Court's Order of March 10, 2020 provides that "[i]f, upon review of any transcript, counsel [for the Jurors] identifies sealed portions related to any of Jurors A-L, he may inform the Court and he will be provided with access to those sealed portions." Pursuant to that Order, the Jurors move for access to all sealed portions of the pretrial conference transcript in *United States v. Stone* that address matters relating to: confidentiality of juror questionnaire responses, preventing the public identification or preserving the public anonymity of jurors, and/or protecting jurors' privacy and physical security during and after trial.

Publicly available transcripts show that the pretrial conference addressed jury selection and efforts to protect juror privacy.  *See, e.g.*, Public Transcript of Pretrial Conference Held Sept. 25, 2019 (Sept. 25 Conference Tr.), at 4:8–6:25 (ECF No. 236); Public Transcript of Pretrial Conference Held November 4, 2019 (Nov. 4 Conference Tr.), at 4:25–6:18.  Significant portions of those transcripts, however, have been sealed and redacted from the public record, with only general indications of what subjects were discussed.  *See* Sept. 25 Conference Tr. at 52:16–74:21 ("evidentiary issues and motions in limine"); Nov. 4 Conference Tr. at 34:11–42:12 (a "logistical matter").

Thus, Juror's Counsel is unable to determine, based on the available public record, which portion of the transcripts address juror privacy, security, confidentiality, or anonymity. Therefore, the Jurors respectfully request that they be provided with any portions of the sealed materials which, in the Court's determination, reference those topics or, in the alternative, an opportunity to review the transcripts to locate the relevant discussions.

Date:  March 13, 2020                                  Respectfully submitted,

/s/ Alan Raul
Alan Charles Raul
Bar ID 362605
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8477
Fax: (202) 736-8711
araul@sidley.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No. 1:20-mc-00016-ABJ<br><br>Hon. Amy Berman Jackson |

**[PROPOSED] ORDER**

Upon consideration of Jurors' Motion Requesting Access to Relevant Sealed Portions of Transcripts, it is hereby

**ORDERED** that Jurors' Motion Requesting Access to Relevant Sealed Portions of Transcripts is granted; and further

**ORDERED** that the Clerk of Court is hereby directed to provide to Jurors' Counsel, unredacted, any portions of the sealed materials which, in the Court's determination, reference juror privacy, security, confidentiality, or anonymity.

_____     _____
             Date                                                              HON. AMY BERMAN JACKSON
                                                                                   United States District Judge

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 13, 2020, I served upon all counsel of record the foregoing documents by filing said documents using the Court's Electronic Case Filing System.

Date:  March 13, 2020 /s/ *Alan Raul*
Alan Charles Raul

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

**Norman A Pattis**
PATTIS & SMITH, LLC
383 Orange Street
1st Floor
New Haven, CT 06511
203-393-3017
Fax: 203-393-9745

**J.P. Cooney**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7281
Email: joseph.cooney@usdoj.gov

**John Crabb , Jr.**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 11-844
Washington, DC 20530
(202) 252-1794
Email: John.D.Crabb@usdoj.gov

**L. Peter Farkas**
HALLORAN FARKAS & KITTILA LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007
(202) 559-1700 ext 102
Fax: (202) 257-2019
Email: pf@hfk.law

**Robert C Buschel**
BUSCHEL & GIBBONS, P.A.
One Financial Plaza
100 S.E. Third Avenue
Suite 1300
Ft. Lauderdale, FL 33394

(954) 530-5301
Email: buschel@bglaw-pa.com

**Bruce S. Rogow**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: brogow@rogowlaw.com

**Grant J. Smith**
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954-328-9064
Email: gsmith@strategysmith.com


**Seth Ginsberg**
ATTORNEY AT LAW
299 Broadway
Suite 1405
New York, NY 10007
212-227-6655
Email: srginsberg@mac.com

**Tara A. Campion**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: tcampion@rogowlaw.com