AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| In re: Juror Questionnaires in United States v. Stone ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 20-mc-00016-ABJ |
| ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Reporters Committee for Freedom of the Press and 21 media organizations identified in Exhibit 1  .

Date:  03/19/2020

/s/
*Attorney's signature*

Katie Townsend (D.C. Bar No. 1026115)
*Printed name and bar number*

Reporters Committee for Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, D.C. 20005

*Address*

ktownsend@rcfp.org
*E-mail address*

(202) 795-9303
*Telephone number*

(202) 795-9310
*FAX number*

# EXHIBIT 1

The Associated Press

BuzzFeed

Courthouse News Service

The E.W. Scripps Company

Fox Television Stations, LLC

Gannett Co., Inc.

International Documentary Assn.

Investigative Reporting Workshop at American University

The Media Institute

MediaNews Group Inc.

MPA - The Association of Magazine Media

National Press Photographers Association

The New York Times Company

The News Leaders Association

POLITICO LLC

Radio Television Digital News Association

Reveal from The Center for Investigative Reporting

Society of Environmental Journalists

Society of Professional Journalists

Tully Center for Free Speech

The Washington Post