# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE

MICHAEL CERNOVICH,

                Petitioner,

v.

UNITED STATES OF AMERICA, ROGER JASON STONE, JR.,

                Respondents.

**Case No. 20-mc-00016-ABJ**

## [PROPOSED] ORDER

Upon consideration of the Motion for Leave to File Brief of the Reporters Committee for Freedom of the Press and 21 Media Organizations as Amici Curiae in Support of Motion for Access to Jury Questionnaires (the "Motion"), it is hereby:

ORDERED that the Motion is granted, and further

ORDERED that the proposed Brief of the Reporters Committee for Freedom of the Press and 21 Media Organizations as Amici Curiae in Support of Motion for Access to Jury Questionnaires is hereby deemed filed in the above-captioned action.

Dated:_____

                                                                         _____

                                                                         Hon. Amy Berman Jackson

                                                                         U.S. District Judge