UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IN RE: JUROR QUESTIONNAIRES<br>IN UNITED STATES v. STONE<br><br>**Defendant.** | Misc. No. 1:20-mc-0016-ABJ |

## UNOPPOSED MOTION FOR EXTENSION

On February 28, 2020, Petitioner Michael Cernovich moved to intervene and to obtain access to unredacted copies of the juror questionnaires in the case of *United States v. Roger Stone*, 19-cr-0018. *See* ECF No. 4. On March 2, 2020, the Court issued a minute order directing the government to file any response by March 16, 2020. Subsequently, Jurors A-L moved to and were granted leave to intervene and were ordered to file any opposition to the petitioner's access motion by April 3, 2010. *See* ECF Nos. 5-10; Minute Order 3/13/2020. In light of the jurors' intervention, the government sought additional time to evaluate and prepare its position and requested an extension until Friday, March 19, 2020, to file its response to Petitioner Cernovich's motion. Counsel for Petitioner Cernovich, Respondent Roger Stone, and Intervenor Jurors did not oppose, and the Court issued a minute order granting the request on March 16, 2020.

During the intervening days, the United States Attorney's Office, and specifically government counsel of record in this case, have been consumed with helping to manage and execute on the Office's response to the ongoing public health emergency. The government therefore respectfully requests the Court's indulgence of one additional extension to Tuesday, March 24, 2020. We have consulted with counsel for the Petitioner, Respondent, and Intervenor, and they do not oppose.

Respectfully submitted,

TIMOTHY J. SHEA
D.C. Bar No. 437437
United States Attorney for the
District of Columbia

By: */s/ J.P. Cooney*
J.P. COONEY, D.C. Bar No. 494026
Assistant United States Attorney
Chief, Fraud & Public Corruption Section

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served on counsel for all parties via ECF on March 20, 2020.

*/s/ J.P. Cooney*
J.P. COONEY, D.C. Bar No. 494026
Assistant United States Attorney
Chief, Fraud & Public Corruption Section