**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No. 1:20-mc-00016-ABJ<br><br>**JURORS' MOTION FOR ACCESS TO SEALED MATERIALS SUPPORTING PARTIAL CLOSURE OF THE FEBRUARY 25, 2020 MOTION HEARING IN *UNITED STATES V. STONE*** <br><br>Hon. Amy Berman Jackson |

On February 25, 2020, the Court heard Defendant Roger Stone's motion for a new trial in *United States v. Stone*, 1:19-cr-00018-ABJ-1 (D.D.C.). *See Stone* ECF No. 313 (Sealed). Immediately prior to that hearing, the Court held a separate hearing (the "Closure Hearing") on Mr. Stone's motion for public proceedings on his new trial motion. *Stone* ECF No. 332. The Court ruled that while the public and press would have access to live audio of the new trial hearing, the proceedings would take place in a closed courtroom to prevent testifying Jurors from being identified by name or physical appearance. *See* Closure Hearing Tr. at 17:3–19:19.

In support of that partial closure, the Court made extensive findings under the Supreme Court's decisions in *Waller v. Georgia*, 467 U.S. 39 (1984), *Presley v. Georgia*, 558 U.S. 209 (2010), and *Press-Enterprise Co. v. Superior Court* (*Press-Enterprise I*), 464 U.S. 501 (1984). *Id.* at 8:22–17:2. The Court concluded that for "any juror[]" identified by name or appearance, "the risk of harassment and intimidation . . . is extremely high and that individuals who may be angry about Mr. Stone's conviction or other developments in the news may choose to take it out on them personally." *Id.* at 11:21–25.

Those findings, and the evidence supporting them, are plainly relevant to whether the juror questionnaires should be released. *See Press-Enterprise I*, 464 U.S. at 509–11 (district court may constitutionally base partial closure of *voir dire* on findings that a wholly-open proceeding would threaten juror privacy); *Presley*, 558 U.S. at 213–16 (under *Press-Enterprise I*, "[t]here are no doubt circumstances where a judge could conclude that threats of improper communications with jurors or safety concerns are concrete enough to warrant closing *voir dire*"). *Cf.* Govt. Br. at 4–5 (arguing that the need "to protect juror privacy, and specifically to protect jurors from the continued threat of harassment and intimidations—*as articulated in the Court's February 25, 2020, Waller findings,*" justify redacting information "which could be used to readily identify a juror") (emphasis added). Most of the materials underlying the Court's findings are matters of public record, but some are not, or have been released only in redacted form. The Jurors respectfully request access to the following sealed materials cited in support of partial closure of the February 25, 2020, new trial hearing:

- Government's Opposition to Open Hearing (relied upon at Closure Hearing Tr. 4:11) (originally docketed under seal at *Stone* ECF No. 335, redacted version docketed at *Stone* ECF No. 348).

- Government's Sealed Exhibit in Support of Opposition to Open Hearing (relied upon at Closure Hearing Tr. 4:12–14, 16:7) (docketed under seal at *Stone* ECF No. 335-1).

- Government's Supplemental Opposition to Open Hearing (relied upon at Closure Hearing Tr. 4:12, 16:21–17:2) (docketed under seal at *Stone* ECF No. 336).

- Sealed Bench Conference at Closure Hearing Tr. 13:15–15:11 (redacted transcript docketed at *Stone* ECF No. 346).

Date:  April 6, 2020                                            Respectfully submitted,

/s/ Alan Raul
Alan Charles Raul
Bar ID 362605
SIDLEY AUSTIN LLP
1501 K Street, N.W.

Washington, D.C. 20005  
Tel: (202) 736-8477  
Fax: (202) 736-8711  
araul@sidley.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| IN RE: JUROR QUESTIONNAIRES IN UNITED STATES V. STONE | Civil Action No. 1:20-mc-00016-ABJ<br><br>Hon. Amy Berman Jackson |

**[PROPOSED] ORDER**

Upon consideration of Jurors' Motion for Access to Sealed Materials Supporting Partial Closure of the February 25, 2020 Motion Hearing in *United States v. Stone*, 1:19-cr-00018-ABJ-1 (D.D.C.), it is hereby:

**ORDERED** that the motion is granted. The Clerk shall make available to Jurors' counsel unredacted versions of the following materials:

- Government's Opposition to Open Hearing (originally docketed under seal at *Stone* ECF No. 335, redacted version docketed at *Stone* ECF No. 348).

- Government's Sealed Exhibit in Support of Opposition to Open (docketed under seal at *Stone* ECF No. 335-1).

- Government's Supplemental Opposition to Open Hearing (docketed under seal at *Stone* ECF No. 336).

- Sealed Bench Conference at Closure Hearing Tr. 13:15–15:11 (redacted transcript docketed at *Stone* ECF No. 346).

|   |   |
|---|---|
| _____<br>Date | _____<br>HON. AMY BERMAN JACKSON<br>United States District Judge |

**CERTIFICATE OF SERVICE**

      I certify that on April 6, 2020, I served upon all counsel of record the foregoing documents by filing said documents using the Court's Electronic Case Filing System.

Date:  April 6, 2020                          /s/ *Alan Raul*
                                                      Alan Charles Raul

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

**Norman A Pattis**
PATTIS & SMITH, LLC
383 Orange Street
1st Floor
New Haven, CT 06511
203-393-3017
Fax: 203-393-9745

**J.P. Cooney**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7281
Email: joseph.cooney@usdoj.gov

**John Crabb , Jr.**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 11-844
Washington, DC 20530
(202) 252-1794
Email: John.D.Crabb@usdoj.gov

**L. Peter Farkas**
HALLORAN FARKAS & KITTILA LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007
(202) 559-1700 ext 102
Fax: (202) 257-2019
Email: pf@hfk.law

**Robert C Buschel**
BUSCHEL & GIBBONS, P.A.
One Financial Plaza
100 S.E. Third Avenue
Suite 1300
Ft. Lauderdale, FL 33394

(954) 530-5301
Email: buschel@bglaw-pa.com

**Bruce S. Rogow**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: brogow@rogowlaw.com

**Grant J. Smith**
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954-328-9064
Email: gsmith@strategysmith.com

**Seth Ginsberg**
ATTORNEY AT LAW
299 Broadway
Suite 1405
New York, NY 10007
212-227-6655
Email: srginsberg@mac.com

**Tara A. Campion**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767-8909
Fax: (954) 764-1530
Email: tcampion@rogowlaw.com

**KatieLynn Boyd Townsend**
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th Street, NW
Suite 1020
Washington, DC 20005
(202) 795-9300
Fax: (202) 795-9310
Email: ktownsend@rcfp.org